EVELYN FREHE, an Infant, by FRED FREHE, Her Guardian ad Litem, Respondent, *v.* FRED SCHILDWACHTER, Appellant.

Submitted May 25, 1945; decided July 19, 1945.

The following questions were certified:

" 1. Is the Statute of Limitations a bar to the cause of action herein?

" 2. Is laches a bar to the cause of action herein? "

*William G. Walsh* for appellant.

*Benjamin H. Siff* and *Harold K. Baron* for respondent.

Order affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.